```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JESUS BERNARDO MEDRANO, and<br>HECTOR ZARATE,<br><br>        Defendants. | CR. No.  2:09-cr-408 LKK<br><br>STIPULATION AND ORDER EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT |

    IT IS HEREBY STIPULATED between the parties AUSA Daniel S. McConkie; Preciliano Martinez, attorney for defendant JESUS BERNARDO MEDRANO; and Gilbert Roque, attorney for HECTOR ZARATE; that the status conference of December 21, 2010 be vacated, and the matter be set for status conference on January 19, 2011 at 9:15 a.m.

    The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter, as well as for the prosecution and both defense counsel to conduct additional investigation. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

    IT IS STIPULATED that the period from the signing of this

Order, up to and including the January 19, 2011 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: December 20, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Daniel S. McConkie*
                                _____
                                DANIEL S. McCONKIE
                                Assistant U.S. Attorney

Dated: December 20, 2010        Respectfully submitted,

                                */s/ Preciliano Martinez*
                                _____
                                PRECILIANO MARTINEZ
                                Attorney for Defendant
                                JESUS BERNARDO MEDRANO

Dated: December 20, 2010        Respectfully submitted,

                                */s/ Gilbert Roque*
                                _____
                                GILBERT ROQUE
                                Attorney for Defendant
                                HECTOR ZARATE

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 21, 2010, be continued to January 19, 2011 at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 19, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

DATE: December 21, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT